Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 5679 | **DATE** | 4/27/2001 |
| **CASE TITLE** | John P. Walliser vs. Rodney Slater, et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] This lawsuit was recently reassigned to this Court. After a careful review of the relevant pleadings and motions, the Court hereby grants defendants' motions to dismiss for lack of jurisdiction [5-1, 7-1 & 24-1]. This case is hereby dismissed with prejudice. The Court hereby denies all of plaintiff's pending motions [11-1, 11-2, 12-1, 15-1, 16-1, 22-1, 28-1, 28-2, 30-1, 31-1, & 49-1]. The Court concludes that plaintiff's motions lack merit and are moot in view of this Court's dismissal of this lawsuit. In essence, plaintiff's lawsuit is barred by the principles of the Rooker-Feldman doctrine, res judicata, and the Eleventh Amendment as well as the statute of limitations, as set forth in the defendants' motions. Plaintiff has failed to state a valid or timely claim against any defendant.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 5 | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | APR 30 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 53 |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | APR 30 2001 | |
| | | | date mailed notice | |
| RO | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |