DOCKETED
JUL 0 9 2001

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHN P. WALLISER, Plaintiff | ) | |
| | ) | |
| v. | ) | 00C 5679 |
| | ) | |
| NORMAN Y. MINETA, Secretary, U. S. Department of Transportation, KIRK BROWN, individually and in his capacity as Secretary Illinois Department of Transportation, THOMAS CUCULICH, Chairman Illinois State Toll Highway Authority, JAMES RYAN, individually and in his capacity as Attorney General of Illinois, Defendants | ) | The Honorable Judge Ruben Castillo |

**NOTICE OF APPEAL**

To: See attached mailing list

**NOTICE** is hereby given that John P. Walliser, plaintiff/ appellant in the above named case, does hereby appeal to the United States Court Of Appeals for the Seventh Circuit from the final judgement dismissing the case in it's entirety entered on April 27, 2001and the denial of the plaintiff/appellant's Motion For Reconsideration pursuant to FRCP Rule 59 entered on May 15, 2001.

John P. Walliser
P.O. Box 327
Lockport, Ill. 60441
(708) 268-2354

PAID
JUL 0 6 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
#102 5437

60